IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04172-RTG

BEK ANARBEKOV,

    Applicant,

v.

DIRECTOR, ICE Field Office (Colorado),
WARDEN, Aurora ICE Processing Center, and
U.S. DEPARTMENT OF HOMELAND SECURITY,

    Respondents.

---

ORDER TO SHOW CAUSE

---

    An application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the Applicant, challenging his detention at an immigration facility in Aurora, Colorado. Upon reading the application, good cause appears. Accordingly, it is

    ORDERED that Respondents show cause **within thirty (30) days from the date of this order** why the application for a writ of habeas corpus should not be granted. It is

    FURTHER ORDERED that **within thirty (30) days of Respondents' answer** Applicant may file a reply.

    DATED January 23, 2026.

BY THE COURT:

_/s/ Richard T. Gurley_

_____
Richard T. Gurley
United States Magistrate Judge